IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bankruptcy Case No. 00-2303 (PJW) |
| SAFETY-KLEEN CORP., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| FRANK MANCHAK, JR., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-156 (GMS) |
| | ) | |
| OOLENOY VALLEY CONSULTING LLC, TRUSTEE OF THE SAFETY-KLEEN CREDITOR TRUST, | ) ) ) ) | |
| Appellee. | | |

## APPELLEE'S MOTION TO DISMISS APPEAL

Appellee, Oolenoy Valley Consulting LLC, trustee of the Safety-Kleen Creditor Trust ("Appellee"), hereby moves the Court for an order dismissing this appeal on the grounds that the Court lacks jurisdiction because of the late filing of the appeal, and Appellant lacks standing because of his failure to participate in the bankruptcy proceedings that gave rise to the order from which the appeal is taken. The grounds for this motion are set forth in more detail in

Appellee's Opening Brief In Support Of It's Motion To Dismiss Appeal filed contemporaneously herewith.

Dated:  March 29, 2006
        Wilmington, Delaware

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ William H. Sudell, Jr.*
                                      William H. Sudell, Jr. (#463)
                                      Donna L. Culver (#2983)
                                      Gilbert R. Saydah Jr. (#4304)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      Phone:  (302) 658-9200
                                      Facsimile:  (302) 658-3989

                                      Attorneys for Oolenoy Valley Consulting LLC,
                                      Trustee of the Safety-Kleen Creditor Trust

513313

## CERTIFICATE OF SERVICE

I, William H. Sudell, Jr., Esquire, do hereby certify that one copy of the foregoing **Appellee's Motion to Dismiss Appeal** was served this 29th day of March, 2006 upon the following individual in the manner indicated:

### FEDERAL EXPRESS

Frank Manchak, Jr.
606 Alamo Pintado
Solvang, CA 93463
(Pro Se)

_____
William H. Sudell, Jr. (No. 0463)

513486