UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAFETY-KLEEN CORP., et al.,<br><br>           Reorganized Debtors. | Chapter 11<br><br>Case No. 00-2303 (PJW)<br><br>Jointly Administered |
| FRANK MANCHAK, JR.,<br><br>           Appellant,<br><br>v.<br><br>SAFETY-KLEEN CREDITOR TRUST, BY AND THROUGH ITS TRUSTEE, OOLENOY VALLEY CONSULTING LLC,<br><br>           Appellee. | Civil Action No. 06-156 (GMS) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

       **PLEASE TAKE NOTICE** that the undersigned attorneys hereby enters their appearance as counsel on behalf of appellee Safety-Kleen Creditor Trust, by and through its trustee, Oolenoy Valley Consulting LLC.

       **PLEASE TAKE FURTHER NOTICE** that Donna L. Harris, Cross & Simon, LLC former counsel at Morris, Nichols, Arsht & Tunnell, LLP should be removed from this civil proceeding and all mailing lists.

Dated: March 29, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William H. Sudell, Jr.*
_____
William H. Sudell, Jr. (#463)
Donna L. Culver (#2983)
Gilbert R. Saydah, Jr. (#4304)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Appellee Oolenoy Valley Consulting LLC, as trustee of the Safety-Kleen Creditor Trust

511585v2

## CERTIFICATE OF SERVICE

I, William H. Sudell, Jr., certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Appearance And Request for Service of Papers** to be served in the manner indicated upon the parties listed below:

Dated: March 29, 2006

William H. Sudell, Jr. (No. 463)

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| Eric M. Davis, Esq.<br>Michael W. Yurkewicz, Esq.<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>One Rodney Square<br>Wilmington, DE 19801<br><br>Joseph McMahon, Esq.<br>OFFICE OF THE U.S. TRUSTEE<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br><br>Edward M. McNally<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19801 | D.J. Baker, Esq.<br>J. Gregory St. Clair, Esq.<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br><br>Frank Manchak, Jr.<br>Environmental Consultant<br>606 Alamo Pintado<br>PMB #280<br>Solvang, CA 93463 |