IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAFETY-KLEEN CORP., et al., | ) | Case No. 00-2303 (PJW) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| FRANK MANCHAK, JR., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-156 (GMS) |
| | ) | |
| SAFETY-KLEEN CREDITOR TRUST, BY AND THROUGH ITS TRUSTEE, OOLENOY VALLEY CONSULTING LLC, | ) | Re: Docket Nos. 4 and 5 |
| | ) | |
| Appellee. | ) | |

**STIPULATION AND ORDER CONCERNING BRIEFING SCHEDULE IN CONNECTION WITH APPELLEE'S MOTION TO DISMISS APPEAL [DOCKET NO. 4] AND APPELLEE'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS APPEAL [DOCKET NO. 5]**

Oolenoy Valley Consulting LLC, as trustee of the Safety-Kleen Creditor Trust ("Appellee") and Frank Manchak, Jr. ("Appellant" and, together with Appellee, the "Parties"), by and through their undersigned counsel, hereby stipulate (the "Stipulation") as follows regarding the briefing schedule in connection with Appellee's Motion to Dismiss Appeal [Docket No. 4] (the "Motion") and Appellee's Opening Brief in Support of Its Motion to Dismiss Appeal [Docket No. 5] (the "Opening Brief") in the above-captioned appeal (the "Appeal"):

WHEREAS, given that Appellant was previously acting *pro se* in the Appeal and has recently taken action to retain counsel in connection with the Appeal, the Parties have agreed to extend the briefing schedule in connection with the Motion and the

RLF1-3000074-1

Opening Brief to permit Appellant the opportunity to consult with his new counsel and formulate an answer to the Motion and the Opening Brief;

WHEREAS, on March 29, 2006, Appellee filed the Motion and the Opening Brief;

WHEREAS, pursuant to the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Appellant is currently required to respond to the Motion and the Opening Brief on or before April 12, 2006;

WHEREAS, Appellee and Appellant agree to extend additional time to each other to file and serve their respective answering and reply papers in connection with the Motion and the Opening Brief;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Appellant shall have through and including Monday, April 24, 2006 to file and serve Appellee with answering papers in opposition to the Motion and the Opening Brief (the "Answering Papers").

2. Appellee shall have through and including Friday, May 5, 2006 to file and serve Appellant with any reply papers in further support of the Motion, the Opening Brief and/or in response to the Answering Papers.

3. Nothing herein shall be deemed to waive, release, or otherwise affect any of the Parties' respective claims, defenses, counts, arguments, pleadings, damages or rights in connection with the Appeal.

4. Each of the undersigned parties represents that the individual signing on its behalf has the full authority to do so, and to bind the undersigned to the terms and conditions of this Stipulation.

5. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which should be deemed an original and all of which together shall constitute one and the same instrument.

Dated: April 6, 2006
Wilmington, Delaware

_____
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
William H. Sudell, Jr. (No. 463)
Donna L. Culver (No. 2983)
Gilbert R. Saydah, Jr. (No. 4304)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

*Counsel for Appellee Oolenoy Valley Consulting LLC, as trustee of the Safety-Kleen Creditor Trust*

Dated: April 7, 2006
Wilmington, Delaware

_____
RICHARDS, LAYTON & FINGER, P.A.
John H. Knight (No. 3848)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

*Counsel for Appellant Frank Manchak, Jr*

SO ORDERED this _____ day of April 2006

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on April 7, 2006, I electronically filed the foregoing **Stipulation and Order Concerning Briefing Schedule in Connection with Appellee's Motion to Dismiss Appeal [Docket No. 4] and Appellee's Opening Brief in Support of Its Motion to Dismiss Appeal [Docket No. 5]** with the Clerk of the Court using the CM/ECF which will send notifications of such filing(s) to the following:

>Donna L. Harris
>Cross & Simon, LLC
>913 North Market Street
>11th Floor
>Wilmington, DE 19801

I, Jason M. Madron, do further hereby certify that on April 7, 2006, I caused the foregoing **Stipulation and Order Concerning Briefing Schedule in Connection with Appellee's Motion to Dismiss Appeal [Docket No. 4] and Appellee's Opening Brief in Support of Its Motion to Dismiss Appeal [Docket No. 5]** to be served in the manner indicated upon the parties referenced below:

>**HAND DELIVERY**
>William H. Sudell, Jr.
>Donna L. Culver
>Gilbert R. Saydah, Jr.
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

>/s/ Jason M. Madron
>Jason M. Madron (No. 4431)
>RICHARDS, LAYTON & FINGER, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware 19899
>Telephone: (302) 651-7700
>Facsimile: (302) 651-7701
>Email: madron@rlf.com

RLF1-2961999-2