# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Gilbert R. Saydah, Jr.
302 351 9347
302 425 4690 Fax
gsaydah@mnat.com

May 9, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

> RE: *Frank Manchak, Jr. v. Oolenoy Valley Consulting, LLC, Trustee of the Safety-Kleen Creditor Trust (In re: Safety-Kleen Corp.)*, C.A. No. 06-00156-GMS

Dear Judge Sleet:

I write with respect to *Appellee's Motion To Dismiss Appeal* (Docket Item 4) and *Appellee's Opening Brief in Support of It's Motion to Dismiss Appeal* (Docket Item 5) (collectively, the "Motion to Dismiss") currently pending in the above-referenced bankruptcy appeal assigned to Your Honor.

This case was commenced on February 22, 2006, when Appellant, acting *pro se*, filed a notice of appeal with the Bankruptcy Court. On March 29, 2006, Appellee filed and served the Motion to Dismiss on Appellant, who was still *pro se*. On or about April 5, 2006, Jason Madron, Esq. of Richards, Layton & Finger, P.C. ("Richards Layton") contacted me and requested an extension of time to respond to the Motion to Dismiss because he had just been contacted by Appellant and was in the process of being retained. The Appellee agreed to this extension and on April 13, 2006, the Court signed and docketed a stipulation and order (Docket Item 8) (the "Scheduling Order") setting the briefing schedule for the Motion to Dismiss.

The Honorable Gregory M. Sleet
May 9, 2006
Page 2

       Pursuant to the Scheduling Order, the deadline for the Appellant to file a response to the Motion to Dismiss was April 24, 2006. On or about April 24, 2006, Mr. Madron called me to inform me that Richards Layton would not be representing Appellant in this appeal. Mr. Madron also informed me that Appellant was aware of the response deadline.

       As of the date of this letter, over two weeks have elapsed since Appellant's deadline to respond to the Motion to Dismiss; no response has been filed on the Court's docket and counsel for the Appellee has heard nothing from the Appellant or anyone else regarding this case. Based on these facts, Appellee believes that briefing on the Motion to Dismiss is completed and that the matter is ripe for adjudication by the Court.

       A copy of the Motion to Dismiss is enclosed with this letter, and I am available at the Court's convenience if Your Honor has any questions in this matter.

       Respectfully,

       Gilbert R. Saydah Jr.


GRS:kmm
Enclosure
cc:    Peter T. Dalleo, Clerk (by e-filing and hand delivery w/o enclosure)
       Frank Manchak (by U.S. Mail w/o enclosure)
       Jason Madron, Esquire (by hand delivery w/o enclosure)
       Edward McNally, Esquire (by hand delivery w/o enclosure)

518481