IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK MANCHAK, JR. | ) | |
| Appellant | ) | |
| v. | ) | Civil Action No. 06-156 GMS |
| SAFETY-KLEEN CORP., et al. | ) | |
| Appellees | ) | |

## **ORDER**

WHEREAS, on March 8, 2006, a Notice of Appeal from the bankruptcy court was filed (D.I. 1);

WHEREAS, on March 29, 2006, the appellees filed a motion to dismiss the appeal (D.I. 4) with the court;

WHEREAS, on April 7, 2006, a stipulation concerning the briefing schedule in connection with appellee's motion to dismiss was filed (D.I. 7);

WHEREAS, on April 13, 2006, the court granted the stipulation ordering that the appellant's answering brief was due April 24, 2006, and the appellees' reply was due May 5, 2006;

WHEREAS, as of the date of this Order, the appellant has not filed an answering brief.

IT IS HEREBY ORDERED that:

1. The plaintiff shall file an answering brief to the pending motion to dismiss within ten (10) days of the date of this Order.

     2. Should the plaintiff fail to comply with this Order, the court will decide the motion to dismiss on the present record.


Dated: May 11, 2006                            /s/ Gregory M. Sleet
                                                       UNITED STATES DISTRICT JUDGE