IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FRANK MANCHAK, JR. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAFETY-KLEEN CORP. *et al*, | ) | |
| | ) | |
| | ) | |
| Appellee. | ) | C.A. NO. 06-156 |
| | ) | |
| | ) | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with the Standing Order of the Court dated July 23, 2004 (the "Standing Order"), the undersigned mediator reports that the mediation was completed on July 28, 2006 and resolved in the following manner:

    (a)   The following individuals were present:

        (1)  Parties (name and capacity) -

            Frank Manchak, Jr., Appellant (via telephone)

            Safety-Kleen Corp., et al., Appellee

        (2)  Counsel (name and party representing) –

            Frank Manchak, Jr. (Pro Se)

            Donna Culver, Morris, Nichols, Arsht & Tunnel LLP, Safety-Kleen Corp., et al.

    (b)   The outcome of the mediation conference was:

_____The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____The following issues remain for this court to resolve:

___X___The matter has not been resolved and the appeal should proceed.

_____OTHER:

Dated:  August 1, 2006

_____
Signature of Mediator

Joseph A. Malfitano (No. 4020)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

cc:  Counsel of Record

(9-24-04)