IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK MANCHAK, JR. | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-156 GMS |
| | ) | |
| SAFETY-KLEEN CORP., et al. | ) | |
| | ) | |
| Appellees | ) | |
| | ) | |

### ORDER

WHEREAS, on March 8, 2006, a Notice of Appeal from the bankruptcy court was filed (D.I. 1);

WHEREAS, on March 29, 2006, the appellees filed a motion to dismiss the appeal (D.I. 4) with the court;

WHEREAS, on April 7, 2006, a stipulation concerning the briefing schedule in connection with appellee's motion to dismiss was filed (D.I. 7);

WHEREAS, on April 13, 2006, the court granted the stipulation, ordering that the appellant's answering brief was due April 24, 2006, and the appellees' reply was due May 5, 2006;

WHEREAS, on May 11, 2006, the court issued an Order, directing the appellant to answer the motion within ten days, and stating that if the appellant did not answer within the allotted time the court would decide the motion based on the current record;

WHEREAS, the appellant did not file an answer within the allotted time;

WHEREAS, after having considered the current record and the pertinent law, the court concludes that it lacks jurisdiction to hear the appeal because it was untimely filed; and

WHEREAS, the court further concludes that the appeal must be dismissed because the appellant lacks standing to appeal the order issued in the bankruptcy proceedings;

IT IS HEREBY ORDERED that:

1. The appellee's Motion to Dismiss the Appeal (D.I. 4) is GRANTED.

2. The appellant's appeal shall be dismissed.

Dated: September ___, 2006

UNITED STATES DISTRICT JUDGE