IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAFETY-KLEEN CORP., et al.,<br><br>Debtors. | Chapter 11<br>Bankruptcy Case No. 00-2303 (PJW)<br>(Jointly Administered) |
| FRANK MANCHAK, JR.,<br><br>Appellant,<br><br>v.<br><br>OOLENOY VALLEY CONSULTING LLC,<br>TRUSTEE OF THE SAFETY-KLEEN<br>CREDITOR TRUST,<br><br>Appellees. | Civil Action No. 06-156 (GMS) |

## NOTICE OF SERVICE [RE: D.I. 11]

PLEASE TAKE NOTICE that on October 2, 2006, a copy of the **Order** (D.I. 11, Entered 9/8/06) was served in the manner indicated upon the entities identified below:

**BY HAND DELIVERY**

Edward McNally, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Mr. Frank Manchak, Jr.
606 Alamo Pintado
PMB #280
Solvang, CA 93463

Dated: October 4, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Donna L. Culver
William H. Sudell, Jr. (#0463)
Donna L. Culver (#2983)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Attorneys for Oolenoy Valley Consulting LLC,
Trustee of the Safety-Kleen Creditor Trust

539786